UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| IN RE: FERNANDO CONDE | Case No. 3:25-cv-00617-ART-CLB |
|---|---|
| | ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL |

Fernando Conde, who is confined at Ely State Prison, has filed a motion to dismiss this case. (ECF No. 4.)

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party either serves an answer or a motion for summary judgment." No responsive pleading has been filed, so the Court acknowledges that this case has been dismissed without prejudice.

It is therefore ordered that Plaintiff's motion to dismiss this case (ECF No. 4) is granted.

It is further ordered that this action has been dismissed in its entirety without prejudice. A dismissal without prejudice allows Plaintiff to refile this action with the Court in the future under a <u>new</u> case number.

The Clerk of Court is kindly directed to close the case.

DATED: December 8, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1